CHESTER W. WHITEHORN, an Infant, by DAVID WHITEHORN, His Guardian ad Litem, and DAVID WHITEHORN, Appellants, v. TRATVAL CORP., Respondent.— Judgment unanimously reversed on the ground of inadequacy, and a new trial ordered, with costs to the appellants to abide the event, unless the defendant stipulates to increase the judgment in favor of plaintiff Chester W. Whitehorn to the sum of $1,000 and the judgment in favor of plaintiff David Whitehorn to the sum of $250; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

SAMUEL LEECH and Others, etc., Appellants, v. HENRY J. FULLER and Others, Respondents, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiffs to plead over within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ. [173 Misc. 543.]

In the Matter of LOUISE LEDERER, an Incompetent Person. LOUISE LEDERER, Appellant; EDWARD W. STERN, Respondent.— Orders unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Dore Cohn and Callahan, JJ.

HELEN BUSH RIDDER, Appellant, v. BERNARD H. RIDDER, Respondent.— Order unanimously affirmed. The particulars of the defendant's special defenses are sufficiently stated in the answer. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JOSEPH LEVY and CRAWFORD CLOTHES, INC., Appellants, v. PETER V. CACCHIONE and Others, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, with leave to the defendants to answer within ten days after service of order on payment of said costs, on the ground that the article is libelous *per se*. Present — Martin; P. J., Townley, Dore, Cohn and Callahan, JJ.